O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B.C., a minor, by and through his Guardian Ad Litem Christopher Coleman; and CHRISTOPHER COLEMAN, Guardian Ad Litem,<br><br>Plaintiffs,<br><br>v.<br><br>VINH S. NGO; COURTENAY NGO; BALFOUR BEATTY COMMUNITIES, LLC; and DOES, 1 through 10,<br><br>Defendants. | CV 18-05913 RSWL-JPR<br><br>**Order re: *Ex Parte* Application for Order Extending Time to Serve Complaint on Defendants Vinh S. Ngo and Courtenay Ngo** [21] |

Currently before the Court is Plaintiff B.C.'s ("Plaintiff") *Ex Parte* Application for Order Extending Time to Serve Complaint on Defendants Vinh S. Ngo and Courtenay Ngo ("Application") [21]. Having reviewed all papers submitted pertaining to this Application,

1

the Court **NOW FINDS AND RULES AS FOLLOWS:** the Court **GRANTS** Plaintiff's Application.

## I. DISCUSSION

Since filing the Complaint on May 23, 2018, Plaintiff has been unsuccessful in serving Defendants Vinh S. Ngo ("Vinh") and Courtenay Ngo ("Courtenay"). Plaintiff therefore seeks to extend the ninety-day deadline for service. Federal Rule of Civil Procedure 4(m) requires courts to extend this deadline if the plaintiff shows good cause. Mann v. Am. Airlines, 324 F.3d 1088, 1090 n.2 (9th Cir. 2003).

Plaintiff has continuously attempted to serve Vinh and Courtenay at their known residence in Hawaii but has not been able to access the gated community and their known residence in San Diego but has not been able to locate them. Decl. of Megan N. Bowker ¶¶ 12, 14, Exs. A, C, ECF No. 21-2. Plaintiff further tried to serve Vinh and Courtenay pursuant to the Manual of the Judge Advocate General, but Vinh and Courtenay refused service. Id. ¶ 15, Ex. B. As Plaintiff has diligently attempted to serve Vinh and Courtenay, good cause exists to extend the service deadline. Plaintiff has not shown why Plaintiff needs 120 days to serve Vinh and Courtenay, and the Court finds that a 60-day enlargement of time should be sufficient on these facts.

## II. CONCLUSION

Based on the foregoing, the Court **GRANTS**

Plaintiff's Application. The Court **ORDERS** that Plaintiff shall have 60 days from the date of this Order within which to serve Defendants Vinh S. Ngo and Courtenay Ngo with the Summons and Complaint.
**IT IS SO ORDERED.**

DATED: August 21, 2018        s/ RONALD S.W. LEW
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge